IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
at Nashville

| | | |
|---|---|---|
| GREGORY RYAN OSBORNE | } | Case No. 17-00727 |
| 1815 MOSLEY FERRY RD | } | Chapter 13 |
| CHAPMANSBORO, TN 37035 | } | Judge Randal S. Mashburn |
| (XXX-XX-9239) | } | |

**AGREED ORDER GRANTING MOTION TO MODIFY CHAPTER 13 PLAN**

This matter came before the court on September 27, 2017 upon the Trustee's Objection to the Debtor's Motion to Modify Chapter 13 plan to provide for the claim of Priority Insurance. As evidenced by the signatures below, it is hereby AGREED and ORDERED as follows:

1. The Debtor shall be permitted to modify his Chapter 13 plan to provide for the claim of Priority Insurance Agency, Inc.

2. The regular monthly premium of $137.25 effective Mach 29, 2017 shall be paid as a continuing debt by the Chapter 13 Trustee upon the filing of an approved proof of claim and shall be paid as a class 3 creditor.

3. The Debtor's plan payment shall increase to $163.50 per week.

4. The dividend to general unsecured creditors shall remain at 20%.

5. The new base shall be $42,000.00.

6. No other terms of the confirmation order shall be affected by this modification.

IT IS SO ORDERED

*This order was electronically signed and entered as indicated at the top of the first page.*

Approved for Entry:

*/s/ James A. Flexer*  
James A. Flexer, BPR #9447  
Attorney for Debtors  
Flexer Law  
1900 Church Street, Suite 400  
Nashville, TN 37203  
(615) 255-2893  
fax: (615) 242-8849  
cm-ecf@jamesflexerconsumerlaw.com

/s/ Henry E. Hildebrand, III

Digitally signed by /s/ Henry E. Hildebrand, III
DN: cn=/s/ Henry E. Hildebrand, III, o=Chapter 13 Trustee's Office, ou=Finance (51), email=pleadings@ch13nsh.com, c=US
Date: 2017.10.03 14:23:25 -05'00'

Henry E. Hildebrand  
Chapter 13 Trustee  
P.O. Box 340019  
Nashville, TN 37203  
(615) 244-1101  
(615) 242-6593  
Aoecf@ch13nsh.com